# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

IN RE:                                                CASE NO.: 23-10117-KKS
                                                         CHAPTER 13

CHARYSY TANYA COPELAND

        Debtor.          /

## TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH A. DUNCAN, Chapter 13 Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof states:

| Unclaimed Fund Check Number: | Amount: | Payee Name & Address: |
|---|---|---|
| 0619679 | $3,108.60 | CHARYSY TANYA COPELAND<br>P.O. BOX 142012<br>GAINESVILLE, FL 32614 |

1. The name and address listed for the Payee is the most recent address contained in the Court's records, to wit:

    ☐ Proof of Claim Number: _____;

    X Schedules;

    ☐ Notice of Transfer/Assignment of Claim;

    ☐ Correspondence in writing with Payee;

☐ Other (Provide Explanation and any Case Docket citation):

_____

_____

2. Check(s) mailed to the above-listed Payee(s) at the address listed above have been:

☐ Returned by the United States Postal Service marked "Forwarding Time Expired/Unable to Forward". Trustee has made a good faith effort to verify/obtain the correct mailing address and deliver funds to Payee before presenting this notice;

☐ Refused by Payee;

X Disbursed and check has not been negotiated;

☐ Other (Provide Explanation):

_____

_____

3. Trustee has stopped payment on outstanding unclaimed fund check(s) identified in this Notice.

4. Any check(s) which was undeliverable by the United States Postal Service is in the Chapter 13 Trustee's file(s).

5. Pursuant to the provisions of 11 U.S.C. § 347, simultaneously with filing this Notice the Trustee has delivered a check to the Clerk of this Court equal to

the amounts listed above for each Payee, for deposit into the Court's Registry.

6. An applicant requesting reimbursement for Unclaimed Funds deposited with the Court must complete an "Application for Payment of Unclaimed Funds". This form and instructions can be located on the Court's website: http://www.flnb.uscourts.gov/ under Court Resources.

**RESPECTFULLY SUBMITTED,**

/s/Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by the Court's current CM/ECF notice of electronic filing or first class mail to:

CHARYSY TANYA COPELAND
PO BOX 142012
GAINESVILLE, FL 32614

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE

May 7, 2024